IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
   Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-2569-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 93] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 72] as to the merits of the Title VII claim, denying the Defendant's request for attorney fees, and dismissing without prejudice the Plaintiff-Intervenor's state law claim for intentional infliction of emotional distress. No objections to the Report and Recommendation have been filed. In the extremely thorough and well reasoned Report and Recommendation, the Magistrate Judge does an excellent job of sorting through the distinctions between harassment based upon sexual orientation – not actionable under Title VII – and harassment based upon sexual stereotyping which is actionable under

Title VII. The Magistrate Judge correctly concluded that the store manager's crude, vulgar, and unprofessional comments to and about the Plaintiff-Intervenor do not amount to a prima facie case of discrimination on the basis of sex. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 72] is GRANTED as to the merits of the Plaintiff's Title VII claim. The Defendant's request for attorney fees is DENIED. The Plaintiff-Intervenor's state law claim for intentional infliction of emotional distress is DISMISSED without prejudice.

SO ORDERED, this 27 day of August, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge