UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-2569-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and defendant's Motion for Summary Judgment, and the court having adopted the Report and Recommendation and granted in part and dismissed in part said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 28th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 28, 2008
James N. Hatten
Clerk of Court

By: s/Andrea Gee
　　　　Deputy Clerk